**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

DENNIS R. DERX                                                                          PLAINTIFF
ADC #162003

v.                                                     5:17CV00040-JM

WENDY KELLEY, Director, ADC; *et al.*                                   DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted

by United States Magistrate Judge Joe J. Volpe and Plaintiff's Motion for Order asking the Court

to dismiss his claims against Defendants Kelley and Andrews.1   After carefully considering the

objections and making a *de novo* review of the record, the Court concludes that the Proposed

Findings and Recommended Disposition should be, and hereby are, approved and adopted in

their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1.      The Clerk will amend the docket to reflect the full and correct names of

Defendants Roderick Davis, Albert Kittrell, and Jeremy Andrews.

2.      Defendants Davis and Kittrell's Motion to Dismiss (Doc. No. 16) is GRANTED.

3.      Defendants Kelley and Andrews's Motion to Dismiss (Doc. No. 20) is

GRANTED.

4.      Plaintiff's claims against all Defendants are DISMISSED without prejudice for

failure to state a claim upon which relief may be granted.

5.      Dismissal of this action counts as a "strike" for purposes of 28 U.S.C. § 1915(g).

6.      The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis*

---

1 Plaintiff states that he is "filing a motion on the Defendants Dr. Albert Kittral and Rodrick Davis . . . ." (ECF No. 23).
It is unclear what type of motion Plaintiff is filing against these Defendants. It is irrelevant, however, because the Court
is adopting Judge Volpe's Proposed Findings and Recommended Disposition and dismissing Plaintiff's claims against
them..

appeal from this Order adopting the recommendations would not be taken in good faith.

DATED this 5th day of July, 2017.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE